# EXHIBIT 1

| RICO EVENT | PROVIDER | CLAIM NUMBER | DOCUMENT MAILED/ TRANSMITTED | APPROXIMATE DATE OF MAILING/ TRANSMISSION | TOTAL PROVIDER CHARGES |
|---|---|---|---|---|---|
| 1 | Apex Spine & Orthopaedics, PLLC | 0390969440101076 | Settlement Demand | 12/21/2020 | $735.00 |
| 2 | Apex Spine & Orthopaedics, PLLC | 0667314760000002 | Settlement Demand | 1/15/2021 | $3,186.76 |
| 3 | Apex Spine & Orthopaedics, PLLC | 0664629250000002 | Settlement Demand | 2/3/2021 | $2,456.48 |
| 4 | Apex Spine & Orthopaedics, PLLC | 0645189480101018 | Settlement Demand | 2/26/2021 | $2,162.64 |
| 5 | Apex Spine & Orthopaedics, PLLC | 0286761200101057 | Settlement Demand | 3/10/2021 | $630.00 |
| 6 | Apex Spine & Orthopaedics, PLLC | 8703850620000001 | Settlement Demand | 3/17/2021 | $13,863.98 |
| 7 | Apex Spine & Orthopaedics, PLLC | 0683269570000001 | Settlement Demand | 3/23/2021 | $1,785.00 |
| 8 | Apex Spine & Orthopaedics, PLLC | 0464141590101040 | Settlement Demand | 3/25/2021 | $700.00 |
| 9 | Apex Spine & Orthopaedics, PLLC | 0642316930107012 | Settlement Demand | 3/31/2021 | $1,933.22 |
| 10 | Apex Spine & Orthopaedics, PLLC | 0684114290000001 | Settlement Demand | 4/9/2021 | $1,754.13 |
| 11 | Apex Spine & Orthopaedics, PLLC | 0364258320101014 | Settlement Demand | 4/15/2021 | $630.00 |
| 12 | Apex Spine & Orthopaedics, PLLC | 0683365710000001 | Settlement Demand | 4/20/2021 | $1,312.50 |
| 13 | Apex Spine & Orthopaedics, PLLC | 0185166900000001 | Settlement Demand | 4/22/2021 | $4,400.54 |
| 14 | Apex Spine & Orthopaedics, PLLC | 0348002240000001 | Settlement Demand | 5/4/2021 | $2,255.98 |
| 15 | Apex Spine & Orthopaedics, PLLC | 0433617440101012 | Settlement Demand | 5/11/2021 | $14,496.57 |
| 16 | Apex Spine & Orthopaedics, PLLC | 0644928110101016 | Settlement Demand | 5/11/2021 | $5,202.55 |
| 17 | Apex Spine & Orthopaedics, PLLC | 7099994480107038 | Settlement Demand | 5/24/2021 | $2,411.63 |
| 18 | Apex Spine & Orthopaedics, PLLC | 0401968750000002 | Settlement Demand | 5/25/2021 | $4,215.56 |
| 19 | Apex Spine & Orthopaedics, PLLC | 8709596470000001 | Settlement Demand | 5/25/2021 | $3,377.99 |
| 20 | Apex Spine & Orthopaedics, PLLC | 0431012790101062 | Settlement Demand | 5/28/2021 | $1,312.50 |
| 21 | Apex Spine & Orthopaedics, PLLC | 0681346070000002 | Settlement Demand | 5/28/2021 | $6,458.27 |
| 22 | Apex Spine & Orthopaedics, PLLC | 0318974720101033 | Settlement Demand | 6/8/2021 | $35,505.18 |
| 23 | Apex Spine & Orthopaedics, PLLC | 0647828770000001 | Settlement Demand | 6/8/2021 | $2,474.74 |
| 24 | Apex Spine & Orthopaedics, PLLC | 0450213010101025 | Settlement Demand | 6/15/2021 | $30,685.00 |
| 25 | Apex Spine & Orthopaedics, PLLC | 0496724430000002 | Settlement Demand | 7/7/2021 | $1,312.50 |
| 26 | Apex Spine & Orthopaedics, PLLC | 0637866470000001 | Settlement Demand | 8/12/2021 | $4,718.10 |
| 27 | Apex Spine & Orthopaedics, PLLC | 0665372530000002 | Settlement Demand | 8/30/2021 | $4,353.85 |
| 28 | Apex Spine & Orthopaedics, PLLC | 8711906390000003 | Settlement Demand | 8/30/2021 | $1,754.26 |
| 29 | Apex Spine & Orthopaedics, PLLC | 0382264760000001 | Settlement Demand | 9/9/2021 | $2,407.11 |
| 30 | Apex Spine & Orthopaedics, PLLC | 0636747720000001 | Settlement Demand | 9/14/2021 | $4,762.90 |
| 31 | Apex Spine & Orthopaedics, PLLC | 0427363540101092 | Settlement Demand | 9/29/2021 | $32,405.72 |
| 32 | Apex Spine & Orthopaedics, PLLC | 0679202830000001 | Settlement Demand | 10/6/2021 | $157,200.00 |
| 33 | Apex Spine & Orthopaedics, PLLC | 0339281810101041 | Settlement Demand | 10/8/2021 | $9,697.58 |
| 34 | Apex Spine & Orthopaedics, PLLC | 0581239720107040 | Settlement Demand | 10/8/2021 | $3,281.76 |
| 35 | Apex Spine & Orthopaedics, PLLC | 0642783780000002 | Settlement Demand | 10/21/2021 | $66,744.09 |
| 36 | Apex Spine & Orthopaedics, PLLC | 0318974720101033 | Settlement Demand | 11/1/2021 | $6,396.42 |
| 37 | Apex Spine & Orthopaedics, PLLC | 8701423470000001 | Settlement Demand | 11/2/2021 | $4,001.14 |
| 38 | Apex Spine & Orthopaedics, PLLC | 0464284610101026 | Settlement Demand | 11/9/2021 | $2,511.72 |
| 39 | Apex Spine & Orthopaedics, PLLC | 0663923320101022 | Settlement Demand | 11/16/2021 | $4,781.76 |
| 40 | Apex Spine & Orthopaedics, PLLC | 0633957020101025 | Settlement Demand | 12/16/2021 | $50,040.12 |
| 41 | Apex Spine & Orthopaedics, PLLC | 0309357530101057 | Settlement Demand | 12/30/2021 | $1,281.76 |
| 42 | Apex Spine & Orthopaedics, PLLC | 0188911900101060 | Settlement Demand | 1/3/2022 | $15,963.55 |
| 43 | Apex Spine & Orthopaedics, PLLC | 0319993650101037 | Settlement Demand | 1/10/2022 | $1,997.47 |
| 44 | Apex Spine & Orthopaedics, PLLC | 0147566280101053 | Settlement Demand | 1/17/2022 | $2,047.50 |
| 45 | Apex Spine & Orthopaedics, PLLC | 0582062690101030 | Settlement Demand | 1/18/2022 | $1,312.50 |
| 46 | Apex Spine & Orthopaedics, PLLC | 0429073790101036 | Settlement Demand | 1/19/2022 | $6,743.68 |
| 47 | Apex Spine & Orthopaedics, PLLC | 0308960100000001 | Settlement Demand | 1/24/2022 | $9,494.98 |
| 48 | Apex Spine & Orthopaedics, PLLC | 0642482440000004 | Settlement Demand | 1/31/2022 | $298,487.79 |
| 49 | Apex Spine & Orthopaedics, PLLC | 0635317710000001 | Settlement Demand | 2/1/2022 | $13,785.04 |
| 50 | Apex Spine & Orthopaedics, PLLC | 0623502330107050 | Settlement Demand | 2/3/2022 | $1,428.00 |
| 51 | Apex Spine & Orthopaedics, PLLC | 0388500580101014 | Settlement Demand | 2/16/2022 | $19,116.65 |
| 52 | Apex Spine & Orthopaedics, PLLC | 0515776760101019 | Settlement Demand | 2/18/2022 | $13,749.68 |
| 53 | Apex Spine & Orthopaedics, PLLC | 0207302280101116 | Settlement Demand | 2/22/2022 | $11,332.38 |
| 54 | Apex Spine & Orthopaedics, PLLC | 0231609880000001 | Settlement Demand | 2/25/2022 | $1,878.52 |
| 55 | Apex Spine & Orthopaedics, PLLC | 0312715480107102 | Settlement Demand | 3/23/2022 | $4,539.05 |
| 56 | Apex Spine & Orthopaedics, PLLC | 0679174470000001 | Settlement Demand | 4/1/2022 | $5,037.51 |
| 57 | Apex Spine & Orthopaedics, PLLC | 8720759650000001 | Settlement Demand | 4/28/2022 | $12,149.14 |
| 58 | Apex Spine & Orthopaedics, PLLC | 0315076330000002 | Settlement Demand | 4/29/2022 | $1,312.50 |
| 59 | Apex Spine & Orthopaedics, PLLC | 0477966220101024 | Settlement Demand | 4/29/2022 | $34,804.48 |
| 60 | Apex Spine & Orthopaedics, PLLC | 0652753890000003 | Settlement Demand | 4/29/2022 | $2,586.02 |
| 61 | Apex Spine & Orthopaedics, PLLC | 8709241020000003 | Settlement Demand | 4/29/2022 | $735.00 |
| 62 | Apex Spine & Orthopaedics, PLLC | 0629980680107018 | Settlement Demand | 5/3/2022 | $12,097.85 |
| 63 | Apex Spine & Orthopaedics, PLLC | 0629980680107018 | Settlement Demand | 5/3/2022 | $9,399.02 |
| 64 | Apex Spine & Orthopaedics, PLLC | 0654580550000001 | Settlement Demand | 5/3/2022 | $5,070.87 |
| 65 | Apex Spine & Orthopaedics, PLLC | 0671566420000001 | Settlement Demand | 5/5/2022 | $3,646.17 |

| # | Provider | Account | Type | Date | Amount |
|---|---|---|---|---|---|
| 66 | Apex Spine & Orthopaedics, PLLC | 0655314000000002 | Settlement Demand | 5/27/2022 | $4,008.61 |
| 67 | Apex Spine & Orthopaedics, PLLC | 0293538590101052 | Settlement Demand | 6/2/2022 | $14,296.01 |
| 68 | Apex Spine & Orthopaedics, PLLC | 8713080490000001 | Settlement Demand | 6/7/2022 | $3,128.52 |
| 69 | Apex Spine & Orthopaedics, PLLC | 8715961680000001 | Settlement Demand | 6/7/2022 | $1,281.76 |
| 70 | Apex Spine & Orthopaedics, PLLC | 8707448600000002 | Settlement Demand | 6/14/2022 | $6,870.20 |
| 71 | Apex Spine & Orthopaedics, PLLC | 0107216370101370 | Settlement Demand | 6/16/2022 | $8,988.62 |
| 72 | Apex Spine & Orthopaedics, PLLC | 0470948820107053 | Settlement Demand | 6/16/2022 | $3,477.78 |
| 73 | Apex Spine & Orthopaedics, PLLC | 0583797850000002 | Settlement Demand | 6/23/2022 | $2,035.00 |
| 74 | Apex Spine & Orthopaedics, PLLC | 0650457500000001 | Settlement Demand | 6/24/2022 | $1,312.50 |
| 75 | Apex Spine & Orthopaedics, PLLC | 0650631130107021 | Settlement Demand | 6/24/2022 | $4,107.78 |
| 76 | Apex Spine & Orthopaedics, PLLC | 0658409590000003 | Settlement Demand | 6/30/2022 | $2,811.21 |
| 77 | Apex Spine & Orthopaedics, PLLC | 8716956420000002 | Settlement Demand | 6/30/2022 | $2,512.11 |
| 78 | Apex Spine & Orthopaedics, PLLC | 8697000790000001 | Settlement Demand | 7/6/2022 | $193,140.86 |
| 79 | Apex Spine & Orthopaedics, PLLC | 8729503990000002 | Settlement Demand | 7/7/2022 | $45,262.62 |
| 80 | Apex Spine & Orthopaedics, PLLC | 0173609330107030 | Settlement Demand | 7/12/2022 | $11,290.80 |
| 81 | Apex Spine & Orthopaedics, PLLC | 0355508000101201 | Settlement Demand | 7/27/2022 | $11,035.52 |
| 82 | Apex Spine & Orthopaedics, PLLC | 0675801580000002 | Settlement Demand | 8/3/2022 | $13,984.09 |
| 83 | Apex Spine & Orthopaedics, PLLC | 0635443250000001 | Settlement Demand | 8/5/2022 | $3,938.52 |
| 84 | Apex Spine & Orthopaedics, PLLC | 0671566420000001 | Settlement Demand | 8/5/2022 | $5,100.86 |
| 85 | Apex Spine & Orthopaedics, PLLC | 0417082230101039 | Settlement Demand | 8/10/2022 | $2,135.68 |
| 86 | Apex Spine & Orthopaedics, PLLC | 0267317390107018 | Settlement Demand | 8/17/2022 | $4,433.01 |
| 87 | Apex Spine & Orthopaedics, PLLC | 0530793040101024 | Settlement Demand | 8/29/2022 | $3,345.45 |
| 88 | Apex Spine & Orthopaedics, PLLC | 0538258410107040 | Settlement Demand | 8/29/2022 | $17,982.00 |
| 89 | Apex Spine & Orthopaedics, PLLC | 8744006050000002 | Settlement Demand | 9/2/2022 | $11,065.99 |
| 90 | Apex Spine & Orthopaedics, PLLC | 8713859710000001 | Settlement Demand | 9/15/2022 | $6,252.88 |
| 91 | Apex Spine & Orthopaedics, PLLC | 0450435490107079 | Settlement Demand | 9/16/2022 | $13,349.49 |
| 92 | Apex Spine & Orthopaedics, PLLC | 0659589530000004 | Settlement Demand | 9/22/2022 | $84,040.45 |
| 93 | Apex Spine & Orthopaedics, PLLC | 8729437780000001 | Settlement Demand | 9/30/2022 | $1,312.50 |
| 94 | Apex Spine & Orthopaedics, PLLC | 8729437780000001 | Settlement Demand | 9/30/2022 | $3,597.00 |
| 95 | Apex Spine & Orthopaedics, PLLC | 0328362730101054 | Settlement Demand | 10/10/2022 | $3,597.00 |
| 96 | Apex Spine & Orthopaedics, PLLC | 0637430760000001 | Settlement Demand | 10/14/2022 | $55,463.39 |
| 97 | Apex Spine & Orthopaedics, PLLC | 0419620060000002 | Settlement Demand | 10/19/2022 | $8,202.18 |
| 98 | Apex Spine & Orthopaedics, PLLC | 0149457870101058 | Settlement Demand | 10/20/2022 | $6,759.64 |
| 99 | Apex Spine & Orthopaedics, PLLC | 0677746210000003 | Settlement Demand | 10/28/2022 | $6,414.75 |
| 100 | Apex Spine & Orthopaedics, PLLC | 0143589190101060 | Settlement Demand | 10/31/2022 | $3,442.96 |
| 101 | Apex Spine & Orthopaedics, PLLC | 8701638880000002 | Settlement Demand | 11/9/2022 | $3,273.22 |
| 102 | Apex Spine & Orthopaedics, PLLC | 8702584380000001 | Settlement Demand | 11/9/2022 | $3,184.17 |
| 103 | Apex Spine & Orthopaedics, PLLC | 0160320880102053 | Settlement Demand | 11/21/2022 | $4,824.12 |
| 104 | Apex Spine & Orthopaedics, PLLC | 0382997970107049 | Settlement Demand | 11/21/2022 | $9,729.55 |
| 105 | Apex Spine & Orthopaedics, PLLC | 0683621260000001 | Settlement Demand | 11/21/2022 | $9,613.25 |
| 106 | Apex Spine & Orthopaedics, PLLC | 0370233070101234 | Settlement Demand | 11/23/2022 | $12,128.12 |
| 107 | Apex Spine & Orthopaedics, PLLC | 8720513670000001 | Settlement Demand | 11/23/2022 | $11,824.80 |
| 108 | Apex Spine & Orthopaedics, PLLC | 8744003280000001 | Settlement Demand | 11/29/2022 | $7,245.78 |
| 109 | Apex Spine & Orthopaedics, PLLC | 0304027550101032 | Settlement Demand | 11/30/2022 | $24,540.14 |
| 110 | Apex Spine & Orthopaedics, PLLC | 0601970030000002 | Settlement Demand | 12/5/2022 | $7,753.38 |
| 111 | Apex Spine & Orthopaedics, PLLC | 0317312880101075 | Settlement Demand | 12/7/2022 | $2,036.23 |
| 112 | Apex Spine & Orthopaedics, PLLC | 0184955910101035 | Settlement Demand | 12/8/2022 | $4,399.62 |
| 113 | Apex Spine & Orthopaedics, PLLC | 0627054530000003 | Settlement Demand | 12/8/2022 | $19,037.23 |
| 114 | Apex Spine & Orthopaedics, PLLC | 0627054530000003 | Settlement Demand | 12/8/2022 | $19,450.90 |
| 115 | Apex Spine & Orthopaedics, PLLC | 0661258710000002 | Settlement Demand | 12/8/2022 | $6,811.39 |
| 116 | Apex Spine & Orthopaedics, PLLC | 0282762810000001 | Settlement Demand | 12/9/2022 | $3,818.14 |
| 117 | Apex Spine & Orthopaedics, PLLC | 0407043560107052 | Settlement Demand | 12/15/2022 | $2,342.20 |
| 118 | Apex Spine & Orthopaedics, PLLC | 0633564220000001 | Settlement Demand | 12/15/2022 | $49,176.15 |
| 119 | Apex Spine & Orthopaedics, PLLC | 0679258830000002 | Settlement Demand | 12/15/2022 | $13,174.76 |
| 120 | Apex Spine & Orthopaedics, PLLC | 0650168240101014 | Settlement Demand | 12/16/2022 | $29,797.92 |
| 121 | Apex Spine & Orthopaedics, PLLC | 0548283490107071 | Settlement Demand | 12/20/2022 | $2,448.52 |
| 122 | Apex Spine & Orthopaedics, PLLC | 8698957600000006 | Settlement Demand | 1/10/2023 | $2,958.47 |
| 123 | Apex Spine & Orthopaedics, PLLC | 0657064330000002 | Settlement Demand | 1/16/2023 | $38,939.10 |
| 124 | Apex Spine & Orthopaedics, PLLC | 8710087340000001 | Settlement Demand | 1/20/2023 | $8,832.25 |
| 125 | Apex Spine & Orthopaedics, PLLC | 0375831600107013 | Settlement Demand | 1/25/2023 | $2,047.50 |
| 126 | Apex Spine & Orthopaedics, PLLC | 8750558670000001 | Settlement Demand | 1/25/2023 | $3,091.26 |
| 127 | Apex Spine & Orthopaedics, PLLC | 8703875060000005 | Settlement Demand | 2/1/2023 | $36,757.54 |
| 128 | Apex Spine & Orthopaedics, PLLC | 0149884330101149 | Settlement Demand | 2/9/2023 | $11,036.62 |
| 129 | Apex Spine & Orthopaedics, PLLC | 8734761210000002 | Settlement Demand | 2/10/2023 | $4,479.48 |
| 130 | Apex Spine & Orthopaedics, PLLC | 0376385200000001 | Settlement Demand | 2/17/2023 | $7,298.57 |
| 131 | Apex Spine & Orthopaedics, PLLC | 0377936940107015 | Settlement Demand | 2/17/2023 | $6,446.10 |
| 132 | Apex Spine & Orthopaedics, PLLC | 0445625420107011 | Settlement Demand | 2/17/2023 | $172,643.74 |
| 133 | Apex Spine & Orthopaedics, PLLC | 0460641040101037 | Settlement Demand | 2/17/2023 | $22,021.09 |

| # | Entity | Claim Number | Type | Date | Amount |
|---|---|---|---|---|---|
| 134 | Apex Spine & Orthopaedics, PLLC | 0649216060107020 | Settlement Demand | 2/20/2023 | $4,809.79 |
| 135 | Apex Spine & Orthopaedics, PLLC | 0649760860101022 | Settlement Demand | 2/23/2023 | $14,221.06 |
| 136 | Apex Spine & Orthopaedics, PLLC | 0595640450101024 | Settlement Demand | 2/24/2023 | $4,892.57 |
| 137 | Apex Spine & Orthopaedics, PLLC | 0632611050101015 | Settlement Demand | 2/25/2023 | $2,234.43 |
| 138 | Apex Spine & Orthopaedics, PLLC | 0653554170000001 | Settlement Demand | 2/27/2023 | $2,299.13 |
| 139 | Apex Spine & Orthopaedics, PLLC | 8743884750000001 | Settlement Demand | 2/27/2023 | $10,670.94 |
| 140 | Apex Spine & Orthopaedics, PLLC | 8760522930000001 | Settlement Demand | 2/27/2023 | $12,755.19 |
| 141 | Apex Spine & Orthopaedics, PLLC | 0641621490000002 | Settlement Demand | 3/1/2023 | $6,304.18 |
| 142 | Apex Spine & Orthopaedics, PLLC | 8741796660000001 | Settlement Demand | 3/8/2023 | $7,144.36 |
| 143 | Apex Spine & Orthopaedics, PLLC | 0673090110000003 | Settlement Demand | 3/10/2023 | $24,537.85 |
| 144 | Apex Spine & Orthopaedics, PLLC | 0653585610000001 | Settlement Demand | 3/15/2023 | $26,748.24 |
| 145 | Apex Spine & Orthopaedics, PLLC | 0523979140101035 | Settlement Demand | 3/17/2023 | $14,634.64 |
| 146 | Apex Spine & Orthopaedics, PLLC | 0466439920107067 | Settlement Demand | 3/23/2023 | $9,281.61 |
| 147 | Apex Spine & Orthopaedics, PLLC | 0466439920107067 | Settlement Demand | 3/23/2023 | $4,791.83 |
| 148 | Apex Spine & Orthopaedics, PLLC | 0669612630000008 | Settlement Demand | 3/27/2023 | $2,822.88 |
| 149 | Apex Spine & Orthopaedics, PLLC | 0678988960000001 | Settlement Demand | 3/29/2023 | $10,638.26 |
| 150 | Apex Spine & Orthopaedics, PLLC | 0499676420107028 | Settlement Demand | 4/6/2023 | $22,254.94 |
| 151 | Apex Spine & Orthopaedics, PLLC | 0496353960101018 | Settlement Demand | 4/13/2023 | $7,273.42 |
| 152 | Apex Spine & Orthopaedics, PLLC | 8761150390000003 | Settlement Demand | 4/13/2023 | $3,644.07 |
| 153 | Apex Spine & Orthopaedics, PLLC | 0106819330102075 | Settlement Demand | 4/17/2023 | $2,243.34 |
| 154 | Apex Spine & Orthopaedics, PLLC | 0664280810000005 | Settlement Demand | 4/17/2023 | $3,375.50 |
| 155 | Apex Spine & Orthopaedics, PLLC | 8738836220000001 | Settlement Demand | 4/17/2023 | $19,240.85 |
| 156 | Apex Spine & Orthopaedics, PLLC | 8739265910000001 | Settlement Demand | 4/17/2023 | $7,947.18 |
| 157 | Apex Spine & Orthopaedics, PLLC | 0650631130107021 | Settlement Demand | 4/20/2023 | $11,055.72 |
| 158 | Apex Spine & Orthopaedics, PLLC | 8735989610000001 | Settlement Demand | 4/27/2023 | $5,864.49 |
| 159 | Apex Spine & Orthopaedics, PLLC | 8701789360000001 | Settlement Demand | 4/28/2023 | $3,280.05 |
| 160 | Apex Spine & Orthopaedics, PLLC | 8743765110000001 | Settlement Demand | 5/2/2023 | $19,597.14 |
| 161 | Apex Spine & Orthopaedics, PLLC | 0258596570101080 | Settlement Demand | 5/5/2023 | $11,099.17 |
| 162 | Apex Spine & Orthopaedics, PLLC | 8729705110000001 | Settlement Demand | 5/5/2023 | $5,075.24 |
| 163 | Apex Spine & Orthopaedics, PLLC | 0476266190101071 | Settlement Demand | 5/17/2023 | $3,531.97 |
| 164 | Apex Spine & Orthopaedics, PLLC | 0140968070000004 | Settlement Demand | 5/18/2023 | $9,907.67 |
| 165 | Apex Spine & Orthopaedics, PLLC | 0672727870000001 | Settlement Demand | 5/19/2023 | $2,428.20 |
| 166 | Apex Spine & Orthopaedics, PLLC | 8763495130000001 | Settlement Demand | 5/19/2023 | $1,312.50 |
| 167 | Apex Spine & Orthopaedics, PLLC | 0177137800101089 | Settlement Demand | 5/25/2023 | $7,796.66 |
| 168 | Apex Spine & Orthopaedics, PLLC | 0678988960000001 | Settlement Demand | 5/25/2023 | $4,826.14 |
| 169 | Apex Spine & Orthopaedics, PLLC | 0682533640000002 | Settlement Demand | 5/30/2023 | $88,280.48 |
| 170 | Apex Spine & Orthopaedics, PLLC | 0250315470107030 | Settlement Demand | 6/13/2023 | $13,377.05 |