# EXHIBIT 2

# EXHIBIT 2

| RICO EVENT | PROVIDER | CLAIM NUMBER | DOCUMENT MAILED/ TRANSMITTED | APPROXIMATE DATE OF MAILING/ TRANSMISSION | TOTAL PROVIDER CHARGES |
|---|---|---|---|---|---|
| 1 | Advanced Pain Consultants, P.A. | 0608123290101028 | Settlement Demand | 7/15/2020 | $18,126.00 |
| 2 | Advanced Pain Consultants, P.A. | 0374981010107068 | Settlement Demand | 9/15/2020 | $21,637.00 |
| 3 | Advanced Pain Consultants, P.A. | 0550268830000001 | Settlement Demand | 9/21/2020 | $4,133.00 |
| 4 | Advanced Pain Consultants, P.A. | 0675411070000001 | Settlement Demand | 11/2/2020 | $15,875.00 |
| 5 | Advanced Pain Consultants, P.A. | 0677788330000001 | Settlement Demand | 3/19/2021 | $19,907.00 |
| 6 | Advanced Pain Consultants, P.A. | 0443566320107054 | Settlement Demand | 5/13/2021 | $20,828.00 |
| 7 | Advanced Pain Consultants, P.A. | 0673349460000002 | Settlement Demand | 5/24/2021 | $14,143.00 |
| 8 | Advanced Pain Consultants, P.A. | 0146495750101249 | Settlement Demand | 6/2/2021 | $25,992.00 |
| 9 | Advanced Pain Consultants, P.A. | 0450213010101025 | Settlement Demand | 6/3/2021 | $27,993.00 |
| 10 | Advanced Pain Consultants, P.A. | 0153281200000001 | Settlement Demand | 6/9/2021 | $22,677.00 |
| 11 | Advanced Pain Consultants, P.A. | 0632115650000002 | Settlement Demand | 7/15/2021 | $25,854.00 |
| 12 | Advanced Pain Consultants, P.A. | 8694596400000001 | Settlement Demand | 7/30/2021 | $25,402.00 |
| 13 | Advanced Pain Consultants, P.A. | 0656116190000001 | Settlement Demand | 8/5/2021 | $11,475.00 |
| 14 | Advanced Pain Consultants, P.A. | 0601931230000001 | Settlement Demand | 8/6/2021 | $14,642.00 |
| 15 | Advanced Pain Consultants, P.A. | 0635465810101024 | Settlement Demand | 8/10/2021 | $41,792.00 |
| 16 | Advanced Pain Consultants, P.A. | 0679311420000001 | Settlement Demand | 8/16/2021 | $18,426.00 |
| 17 | Advanced Pain Consultants, P.A. | 0185588000101369 | Settlement Demand | 8/20/2021 | $11,000.00 |
| 18 | Advanced Pain Consultants, P.A. | 8715568190000001 | Settlement Demand | 8/31/2021 | $38,173.00 |
| 19 | Advanced Pain Consultants, P.A. | 8721654760000001 | Settlement Demand | 8/31/2021 | $19,638.00 |
| 20 | Advanced Pain Consultants, P.A. | 0552943350101014 | Settlement Demand | 10/5/2021 | $499.00 |
| 21 | Advanced Pain Consultants, P.A. | 8703710540000003 | Settlement Demand | 10/12/2021 | $5,954.00 |
| 22 | Advanced Pain Consultants, P.A. | 0632115650000002 | Settlement Demand | 10/25/2021 | $13,009.00 |
| 23 | Advanced Pain Consultants, P.A. | 0663923320101022 | Settlement Demand | 11/16/2021 | $36,341.00 |
| 24 | Advanced Pain Consultants, P.A. | 0600368040000002 | Settlement Demand | 11/19/2021 | $37,195.00 |
| 25 | Advanced Pain Consultants, P.A. | 8715251430000001 | Settlement Demand | 11/19/2021 | $15,338.00 |
| 26 | Advanced Pain Consultants, P.A. | 8703710540000003 | Settlement Demand | 11/24/2021 | $9,048.00 |
| 27 | Advanced Pain Consultants, P.A. | 0234854600000002 | Settlement Demand | 12/17/2021 | $1,497.00 |
| 28 | Advanced Pain Consultants, P.A. | 0644386900101046 | Settlement Demand | 12/17/2021 | $17,140.00 |
| 29 | Advanced Pain Consultants, P.A. | 0597184740000001 | Settlement Demand | 12/21/2021 | $22,839.00 |
| 30 | Advanced Pain Consultants, P.A. | 0142525430107060 | Settlement Demand | 12/22/2021 | $20,636.00 |
| 31 | Advanced Pain Consultants, P.A. | 0309357530101057 | Settlement Demand | 12/30/2021 | $25,167.00 |
| 32 | Advanced Pain Consultants, P.A. | 0672995210000009 | Settlement Demand | 1/5/2022 | $17,579.00 |
| 33 | Advanced Pain Consultants, P.A. | 0672995210000009 | Settlement Demand | 1/5/2022 | $11,965.00 |
| 34 | Advanced Pain Consultants, P.A. | 0623301970000006 | Settlement Demand | 1/25/2022 | $11,886.00 |
| 35 | Advanced Pain Consultants, P.A. | 0642482440000004 | Settlement Demand | 1/31/2022 | $499.00 |
| 36 | Advanced Pain Consultants, P.A. | 0635317710000001 | Settlement Demand | 2/1/2022 | $12,571.00 |
| 37 | Advanced Pain Consultants, P.A. | 0623502330107050 | Settlement Demand | 2/3/2022 | $5,455.00 |
| 38 | Advanced Pain Consultants, P.A. | 0626739940000002 | Settlement Demand | 2/8/2022 | $999.00 |
| 39 | Advanced Pain Consultants, P.A. | 0626739940000002 | Settlement Demand | 2/8/2022 | $999.00 |
| 40 | Advanced Pain Consultants, P.A. | 0626739940000002 | Settlement Demand | 2/11/2022 | $27,720.00 |
| 41 | Advanced Pain Consultants, P.A. | 0664136500000001 | Settlement Demand | 2/16/2022 | $39,183.00 |
| 42 | Advanced Pain Consultants, P.A. | 0667841080000001 | Settlement Demand | 2/16/2022 | $39,183.00 |
| 43 | Advanced Pain Consultants, P.A. | 0515776760101019 | Settlement Demand | 2/18/2022 | $13,054.00 |
| 44 | Advanced Pain Consultants, P.A. | 8705521370000001 | Settlement Demand | 3/1/2022 | $6,656.00 |
| 45 | Advanced Pain Consultants, P.A. | 0633411630107019 | Settlement Demand | 3/10/2022 | $1,747.00 |
| 46 | Advanced Pain Consultants, P.A. | 0440178180107083 | Settlement Demand | 3/23/2022 | $25,700.00 |
| 47 | Advanced Pain Consultants, P.A. | 8705015750000002 | Settlement Demand | 3/30/2022 | $16,976.00 |
| 48 | Advanced Pain Consultants, P.A. | 0316823410101054 | Settlement Demand | 4/1/2022 | $22,194.00 |
| 49 | Advanced Pain Consultants, P.A. | 0679174470000001 | Settlement Demand | 4/1/2022 | $12,381.00 |
| 50 | Advanced Pain Consultants, P.A. | 0197701530107019 | Settlement Demand | 4/7/2022 | $11,174.00 |
| 51 | Advanced Pain Consultants, P.A. | 0614066750107013 | Settlement Demand | 4/7/2022 | $20,936.00 |
| 52 | Advanced Pain Consultants, P.A. | 8725765890000001 | Settlement Demand | 4/7/2022 | $14,904.80 |
| 53 | Advanced Pain Consultants, P.A. | 0499207360107108 | Settlement Demand | 4/13/2022 | $18,110.00 |
| 54 | Advanced Pain Consultants, P.A. | 0315076330000002 | Settlement Demand | 4/29/2022 | $13,824.00 |
| 55 | Advanced Pain Consultants, P.A. | 0683777530000002 | Settlement Demand | 4/29/2022 | $11,751.00 |

| | | | | | |
|---|---|---|---|---|---|
| 56 | Advanced Pain Consultants, P.A. | 0626124370000003 | Settlement Demand | 5/1/2022 | $40,293.00 |
| 57 | Advanced Pain Consultants, P.A. | 0626124370000003 | Settlement Demand | 5/2/2022 | $10,577.00 |
| 58 | Advanced Pain Consultants, P.A. | 0676605950000001 | Settlement Demand | 5/18/2022 | $26,253.00 |
| 59 | Advanced Pain Consultants, P.A. | 0616733070000001 | Settlement Demand | 5/31/2022 | $1,199.00 |
| 60 | Advanced Pain Consultants, P.A. | 8716956420000002 | Settlement Demand | 6/30/2022 | $27,877.00 |
| 61 | Advanced Pain Consultants, P.A. | 0355508000101201 | Settlement Demand | 7/27/2022 | $35,380.00 |
| 62 | Advanced Pain Consultants, P.A. | 8734383710000001 | Settlement Demand | 8/12/2022 | $18,146.00 |
| 63 | Advanced Pain Consultants, P.A. | 0538258410107040 | Settlement Demand | 8/29/2022 | $34,048.00 |
| 64 | Advanced Pain Consultants, P.A. | 0680078000000006 | Settlement Demand | 11/17/2022 | $3,239.01 |
| 65 | Advanced Pain Consultants, P.A. | 0305304630107026 | Settlement Demand | 12/15/2022 | $6,357.00 |
| 66 | Advanced Pain Consultants, P.A. | 0650168240101014 | Settlement Demand | 12/16/2022 | $28,186.00 |
| 67 | Advanced Pain Consultants, P.A. | 0657064330000002 | Settlement Demand | 1/16/2023 | $24,229.00 |
| 68 | Advanced Pain Consultants, P.A. | 0375831600107013 | Settlement Demand | 1/25/2023 | $7,330.00 |
| 69 | Advanced Pain Consultants, P.A. | 0445625420107011 | Settlement Demand | 2/17/2023 | $21,810.00 |