UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> Plaintiffs, <br> –against– <br><br> APEX SPINE & ORTHOPAEDICS, PLLC, ERIK T. BENDIKS, M.D., ADVANCED PAIN CONSULTANTS, P.A., and SONIA P. PASI, M.D., <br><br> Defendants. | Case No: 3:23-cv-00590-FDW-SCR |

**JOINT MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER**

Plaintiffs Government Employees Insurance Co., et al. (collectively "Plaintiffs") and Defendants Apex Spine & Orthopaedics, PLLC, Erik T. Bendiks, M.D., Advanced Pain Consultants, P.A., and Sonia P. Pasi, M.D. (collectively, the "Parties") jointly and respectfully move this Court for entry of a proposed protective order in the enclosed form. The Parties rely on the grounds set forth in the accompanying brief submitted in accordance with Local Civil Rule 7.1.

WHEREFORE, the Parties jointly and respectfully move this Court for entry of a proposed protective order in the enclosed form.

Respectfully submitted,

By: /s/ *Christie M. Hayes*
Christie M. Hayes, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
602 Sevier Street
Suite 300
Johnson City, TN 37604
Telephone: 423-928-0181

Barry I. Levy, Esq. (admitted *pro hac vice*)
Max Gershenoff, Esq. (admitted *pro hac vice*)
Steven Henesy, Esq. (admitted *pro hac vice*)
RIVKIN RADLER, LLP
926 RXR Plaza
Uniondale, New York 11556
Telephone: 516-357-3000

*Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*

/s/ *John Mumford*
John B. Mumford, Jr. (NC Bar No. 56900)
John S. Buford (NC Bar No. 28455)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Telephone: 804-967-9604
Fax: 804-967-9888
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com

Daniel Adams (NC Bar No. 51806)
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, LLP
230 North Elm St., Suite 2000
Greensboro, NC 27401
Telephone: 336-271-3109
Fax: 336-232-9109
dadams@brookspierce.com

*Counsel for Defendants Advanced Pain Consultants, P.A. and Sonia P. Pasi, M.D.*

/s/ *John Michael Durnovich*
John Michael ("J.M.") Durnovich
POYNER SPRUILL LLP
jdurnovich@poynerspruill.com
N.C. State Bar No. 47715
Andrew H. Erteschik
N.C. State Bar No. 35269
aerteschik@poynerspruill.com
301 South College St., Ste. 2900
Charlotte, NC 28202
Telephone: 704-342-5250
Facsimile: 704-342-5264

/s/ *Andrew P. Baratta*
Andrew P. Baratta
BARATTA LAW, LLC
Pennsylvania Bar No. 82250
andrew@barattalawfirm.com
3500 Reading Way
Huntingdon Valley, PA 19006
Telephone: 215-914-8132
Fax: 215-914-2118

*Counsel for Defendants Apex Spine & Orthopaedics, PLLC and Erik T. Bendiks, M.D.*