UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> Plaintiffs, <br><br> –against– <br><br> APEX SPINE & ORTHOPAEDICS, PLLC, ERIK T. BENDIKS, M.D., ADVANCED PAIN CONSULTANTS, P.A., and SONIA P. PASI, M.D., <br><br> Defendants. | Case No: 3:23-cv-00590-FDW-SCR |

## STIPULATION EXTENDING TIME TO COMPLETE DISCOVERY

**WHEREAS**, Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, "Plaintiffs" or "GEICO") and Defendants Apex Spine & Orthopaedics, PLLC, Erik T. Bendiks, M.D., Advanced Pain Consultants, P.A., and Sonia Pasi, M.D. (collectively, "Defendants") have agreed that additional time is required to complete discovery in this action,

**NOW, IT IS HEREBY STIPULATED AND AGREED** that the deadlines to complete discovery are hereby extended as follows:

- Service of Plaintiffs' Expert Reports: From October 16, 2024 to December 16, 2024;
- Service of Defendants' Expert Reports: From November 13, 2024 to January 13, 2025; and
- Discovery Completion: From December 11, 2024 to January 24, 2025.

Dated September 17, 2024

By: /s/ *Christie M. Hayes*
Christie M. Hayes, Esq. (NC Bar No. 41770)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
Johnson City, TN 37604
Phone: (423) 928-0181
Fax: (423) 975-7652
Email: chaye@bakerdonelson.com

Barry I. Levy, Esq. (admitted *pro hac vice*)
Max Gershenoff, Esq. (admitted *pro hac vice*)
Steven Henesy, Esq. (admitted *pro hac vice*)
RIVKIN RADLER, LLP
926 RXR Plaza
Uniondale, New York 11556
Phone: (516) 357-3000
Fax: (516) 357-3333
Email: Barry.Levy@rivkin.com
Email: Max.Gershenoff@rivkin.com
Email: Steven.Henesy@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*


/s/ *John Mumford*
John B. Mumford, Jr. (NC Bar No. 56900)
John S. Buford (NC Bar No. 28455)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Phone: (804) 967-9604
Fax: (804) 967-9888
Email: jmumford@hancockdaniel.com
Email: jbuford@hancockdaniel.com

Daniel Adams (NC Bar No. 51806)
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, LLP
230 North Elm St., Suite 2000
Greensboro, NC 27401
Phone: (336) 271-3109
Fax: (336) 232-9109
Email:  dadams@brookspierce.com

*Counsel for Defendants Advanced Pain Consultants, P.A. and Sonia P. Pasi, M.D.*


/s/ *John Michael Durnovich*
John Michael ("J.M.") Durnovich (NC Bar No. 47715)
POYNER SPRUILL LLP
301 S. College Street, Suite 2900
Charlotte, NC 28202
Cell: (276) 730-5729
Phone: (704) 342-5250
Fax: (704) 342-5264
Email:  jdurnovich@poynerspruill.com

Andrew H. Erteschik (NC Bar No. 35269)
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, NC 27602-1801
Phone: (919) 783-2895
Fax: (919) 783-1075
Email:  aerteschik@poynerspruill.com

Andrew P. Baratta (admitted *pro hac vice)*
BARATTA LAW, LLC
Pennsylvania Bar No. 82250
3500 Reading Way
Huntingdon Valley, Pa. 19006
Phone: (215) 914-8132
Fax: (215) 914-2118
Email:  andrew@barattalawfirm.com

*Counsel for Defendants Apex Spine & Orthopaedics, PLLC and Erik T. Bendiks, M.D.*