UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,<br><br>Plaintiffs,<br><br>–against–<br><br>APEX SPINE & ORTHOPAEDICS, PLLC, ERIK T. BENDIKS, M.D., ADVANCED PAIN CONSULTANTS, P.A., and SONIA P. PASI, M.D.,<br><br>Defendants. | Case No: 3:23-cv-00590-FDW-SCR |

**NOTICE OF SETTLEMENT IN PRINCIPLE WITH
DEFENDANTS ADVANCED PAIN CONSULTANTS, P.A. AND SONIA PASI, M.D.**

Pursuant to the Pre-Trial Order entered by the Court in this case, please take notice that Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs") have reached a settlement in principle with Defendants Advanced Pain Consultants, P.A. and Sonia Pasi, M.D. (the "Pasi Defendants") that, once finalized, would result in dismissal of Plaintiffs' claims only against the Pasi Defendants. Plaintiffs anticipate that the settlement with the Pasi Defendants will be finalized within one week.

Dated: September 23, 2024

                                            Respectfully submitted,

                                            By: /s/ *Christie M. Hayes*
                                            Christie M. Hayes, Esq. (NC Bar No. 41770)
                                            BAKER, DONELSON, BEARMAN,
                                            CALDWELL & BERKOWITZ, P.C.
                                            602 Sevier Street, Suite 300
                                            Johnson City, TN 37604

Phone: (423) 928-0181
Fax: (423) 975-7652
Email: chaye@bakerdonelson.com

Barry I. Levy, Esq. (admitted *pro hac vice*)
Max Gershenoff, Esq. (admitted *pro hac vice*)
Steven Henesy, Esq. (admitted *pro hac vice*)
RIVKIN RADLER, LLP
926 RXR Plaza
Uniondale, New York 11556
Phone: (516) 357-3000
Fax: (516) 357-3333
Email: Barry.Levy@rivkin.com
Email: Max.Gershenoff@rivkin.com
Email: Steven.Henesy@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing NOTICE OF SETTLEMENT IN PRINCIPLE WITH DEFENDANTS ADVANCED PAIN CONSULTANTS, P.A. AND SONIA PASI, M.D. has been served upon counsel for the parties in interest herein by electronic mailing and/or ECF.

This 23rd day of September, 2024.

/s/ Christie M. Hayes
Christie M. Hayes, N.C. State Bar No. 41770