UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,<br><br>Plaintiffs,<br>–against–<br><br>APEX SPINE & ORTHOPAEDICS, PLLC, ERIK T. BENDIKS, M.D., ADVANCED PAIN CONSULTANTS, P.A., and SONIA P. PASI, M.D.,<br><br>Defendants. | Case No: 3:23-cv-00590-FDW-SCR |

## STIPULATION OF DISMISSAL OF DEFENDANTS ADVANCED PAIN CONSULTANTS, P.A. AND SONIA PASI, M.D.

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Sonia Pasi, M.D. and Advanced Pain Consultants, P.A. (the "Pasi Defendants"), that all claims asserted by Plaintiffs against the Pasi Defendants in this action are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

By: /s/ *Christie M. Hayes*
Christie M. Hayes, Esq. (NC Bar No. 41770)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
Johnson City, TN 37604
Phone: (423) 928-0181
Fax: (423) 975-7652
Email: chaye@bakerdonelson.com

Barry I. Levy, Esq. (admitted *pro hac vice*)

Max Gershenoff, Esq. (admitted *pro hac vice*)
Steven Henesy, Esq. (admitted *pro hac vice*
RIVKIN RADLER, LLP
926 RXR Plaza
Uniondale, New York 11556
Phone: (516) 357-3000
Fax: (516) 357-3333
Email: Barry.Levy@rivkin.com
Email: Max.Gershenoff@rivkin.com
Email: Steven.Henesy@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*


By: /s/ *John Buford*
John B. Mumford, Jr. (NC Bar No. 56900)
John S. Buford (NC Bar No. 28455)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Phone: (804) 967-9604
Fax: (804) 967-9888
Email: jmumford@hancockdaniel.com
Email: jbuford@hancockdaniel.com

Daniel Adams (NC Bar No. 51806)
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, LLP
230 North Elm St., Suite 2000
Greensboro, NC 27401
Phone: (336) 271-3109
Fax: (336) 232-9109
Email: dadams@brookspierce.com

*Counsel for Defendants Advanced Pain Consultants, P.A. and Sonia P. Pasi, M.D.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the foregoing STIPULATION OF DISMISSAL OF DEFENDANTS ADVANCED PAIN CONSULTANTS, P.A. AND SONIA PASI, M.D. has been served upon counsel for the parties in interest herein by electronic mailing and/or ECF.

This 30th day of September, 2024.

                                    /s/ Christie M. Hayes
                                    Christie M. Hayes, N.C. State Bar No. 41770