# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY,<br><br>                      Plaintiffs,<br>–against–<br><br>APEX SPINE & ORTHOPAEDICS, PLLC, et al.,<br><br>                      Defendants. | Case No.: 3:23-cv-00590-FDW-SCR |

## STIPULATION OF DISMISSAL OF DEFENDANTS APEX SPINE & ORTHOPAEDICS, PLLC, AND ERIK T. BENDIKS, M.D.

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Apex Spine & Orthopaedics, PLLC. and Erik T. Bendiks, M.D. (the "Apex Defendants") that all claims asserted by Plaintiffs against the Apex Defendants in this action are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

By: /s/ *Christie M. Hayes*
Christie M. Hayes, Esq. (NC Bar No. 41770)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
Johnson City, TN 37604
Phone: (423) 928-0181
Fax: (423) 975-7652
Email: chaye@bakerdonelson.com

Barry I. Levy, Esq. (admitted *pro hac vice*)
Max Gershenoff, Esq. (admitted *pro hac vice*)
Steven Henesy, Esq. (admitted *pro hac vice*
RIVKIN RADLER, LLP
926 RXR Plaza
Uniondale, New York 11556
Phone: (516) 357-3000
Fax: (516) 357-3333
Email: Barry.Levy@rivkin.com
Email: Max.Gershenoff@rivkin.com
Email: Steven.Henesy@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*

/s/ *John Michael Durnovich*
John Michael ("J.M.") Durnovich (NC Bar No. 47715)
POYNER SPRUILL LLP
301 S. College Street, Suite 2900
Charlotte, NC 28202
Cell: (276) 730-5729
Phone: (704) 342-5250
Fax: (704) 342-5264
Email: jdurnovich@poynerspruill.com

Andrew H. Erteschik (NC Bar No. 35269)
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, NC 27602-1801
Phone: (919) 783-2895
Fax: (919) 783-1075
Email: aerteschik@poynerspruill.com

Andrew P. Baratta (admitted *pro hac vice)*
BARATTA LAW, LLC
Pennsylvania Bar No. 82250
3500 Reading Way
Huntingdon Valley, Pa. 19006
Phone: (215) 914-8132
Fax: (215) 914-2118
Email: andrew@barattalawfirm.com

*Counsel for Defendants Apex Spine & Orthopaedics, PLLC and Erik T. Bendiks, M.D.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing STIPULATION OF DISMISSAL OF DEFENDANTS APEX SPINE & ORTHOPAEDICS, PLLC AND ERIK T. BENDIKS, M.D. has been served upon counsel for the parties in interest herein by electronic mailing and/or ECF.

This 28th day of October, 2024.

/s/ Christie M. Hayes
Christie M. Hayes, N.C. State Bar No. 41770